[Nos. 45586-2-II; 47503-1-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA CATHRYN MCMILLEN, *Appellant*.

*In the Matter of the Personal Restraint of* MELISSA CATHRYN MCMILLEN, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02357-7, Frank E. Cuthbertson, J., entered November 15, 2013, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 45796-2-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD MELVIN PORTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-00010-7, Frank E. Cuthbertson, J., entered December 20, 2013. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Sutton, J.; Melnick, J., dissenting in part.

[No. 47414-0-II.   Division Two.   January 18, 2017.]

*In the Matter of the Detention of* RICK A. MONROE.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-02592-6, Sally F. Olsen, J., entered March 25, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Lee, JJ. Now published at 198 Wn. App. 196.